*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-07-00614-CR

Antonio Marcelo **QUESADA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Bandera County, Texas
Trial Court No. 06-00613
Honorable Richard A. Evans, Judge Presiding

Opinion by:  Phylis J. Speedlin, Justice

Sitting:  Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Marialyn Barnard, Justice

Delivered and Filed:  March 18, 2009

AFFIRMED

A jury found Antonio Marcelo Quesada guilty of the offense of driving while intoxicated and

assessed him 180 days' incarceration, fully probated for two years, and a fine.  Quesada's court-

appointed attorney filed a brief containing a professional evaluation of the record in accordance with

*Anders v. California,* 386 U.S. 738 (1967).  Counsel concludes that the appeal has no merit.  Counsel

provided Quesada with a copy of the brief and informed him of his right to review the record and

file his own brief. *See Nichols v. State,* 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State,* 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Quesada filed a *pro se* brief.

After reviewing the record, counsel's brief, and Quesada's brief, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw is granted. *Nichols v. State,* 954 S.W.2d at 86; *Bruns* 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Quesada wish to seek further review of this case by the Texas Court of Criminal Appeals, Quesada must either retain an attorney to file a petition for discretionary review or Quesada must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that was overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3, 68.7. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Phylis J. Speedlin, Justice

DO NOT PUBLISH